FILED

JAN 2 8 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT/ WESTERN DIST. OKLA.
BY_____ *N.V.* _____,DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| "QAWI" ANTONE DWON BATES-BEY ON BEHALF OF | Civil Action No.: |
| MOORISH AMERICAN NATIONALS, | CIV 19        74 F |
| Plaintiff, | CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL COMPENSATION/ AFFIDAVIT OF TRUTH |
| vs. | |
| THE STATE OF OKLAHOMA i.e. STATE CAPITOL, | |
| OKLAHOMA REGISTRAR OF VITAL STATISTICS | The Divine Constitution Of Moorish America |
| | U.S.C 18 § 242 |
| OKLAHOMA LEGISLATURE | U.N. Declaration Of Human Rights |
| Defendant | |

## CLASS ACTION COMPLAINT FOR DENATIONALIZATION

Comes Now, In Propia Persona Sui Juris, Lead Plaintiff Moorish American National "Qawi" Antone Dwon Bates-Bey On Behalf of Janetta Sadler-Bey, Rasheena Reniece Gaines-Bey; Saquida Thomas-Bey; Dwoodson Frederick Fuller-El; Quincy Jamil Covington-El; Dale Lamont Thomas-Bey; Darius Tyrell Sadler-Bey; Tina Sadler-El; Tasha Thomas-Bey; John Thomas-El; Edbrionne Bates-Bey; Brandon Thomas-El; Perry Bolden-Bey; Richard Chika Mbaneme-Bey; Zarodia Thomas-Bey; Angila Jefferies-El; Shawn Thomas-Bey and those similarly Effected; TO BRING FORTH FORMAL CHARGES Against the Defendant, THE STATE OF OKLAHOMA.

We, The Moorish Americans Set- Forth As Follows:

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL COMPENSATION/ AFFIDAVIT OF TRUTH - 1

## JURISDICTION AND VENUE

Jurisdiction is addressed To the WESTERN DISTRICT COURT because The

State Of Oklahoma is The Agency whom committed the Crime of Denationalization and 28

U.S.C. § 1331 states:

"District Courts shall have original Jurisdiction of All Civil Actions arising under
Constitution, Laws, or Treaties."

## AFFIDAVIT OF TRUTH

The Defendant, THE STATE OF OKLAHOMA, became the 46th State to enter the

UNION on November 16, 1907; when President Theodore Roosevelt issued Proclamation 780

Declaring Oklahoma as a State. The State of Oklahoma began issuing Birth Certificates for

IDENTIFICATION purposes thru exercising:

### Statutory Law (OK. Stat. § 63-1-311)

A.  A certificate of Birth for Each Live Birth which occurs in this state
    shall be filed with the State Registrar within seven (7) days after Birth.

The Oklahoma Registrar of Vital Statistic Records Certified ANTONE DWON

BATES; JANETTA SADLER; RASHEENA RENIECE GAINES; SAQUIDA THOMAS;

QUINCY JAMIL COVINGTON; DWOODSON FREDERICK FULLER; DALE LAMONT

THOMAS, DARIUS TYRELL SADLER; TINA SADLER; TASHA THOMAS; JOHN

THOMAS, EDBRIONNE BATES; BRANDON THOMAS; PERRY BOLDEN; RICHARD

CHIKA BOLDEN; ZARODIA THOMAS; ANGILA JEFFERIES; SHAWN THOMAS

Negro, BLACK, African-American, and/or Colored Folks in code and/or name Which is a

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL
COMPENSATION/ AFFIDAVIT OF TRUTH - 2

Direct Violation of the Divine Constitution of Moorish America Act 6; U.S.C. 18 § 242; and

The United Nations Declaration of Human Rights Article 15! Because Act 6 of

**The Divine Constitution of Moorish America states:**
"With us, all citizens must proclaim their Nationality and we are teaching our People their Nationality and their Divine Creed that they may know that they are not Negroes, Colored Folks, Black People or Ethiopians; because these names were given to slaves by slaveholders in 1779 and lasted until 1865 during the time of slavery." (See attached)

Clearly, the STATE OF OKLAHOMA Identify Moorish Americans as Negroes, BLACKS,

African-Americans, and Colored Folk thru the State Sealed Birth Certificates which Brings

about the Question and ISSUE of Denationalization having been committed by the STATE

OF OKLAHOMA!

"Everyone has the right to a nationality". 2.) "No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality." according to the **United Nations Universal Declaration of Human Rights.** (See Attached)

Furthermore, U.S.C. 18 § 242 specifically states that: "whoever under color of any <u>STATUTE</u> willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to deprivation of '<u>ANY RIGHTS</u>' shall be fined or imprisoned."

With the State Of Oklahoma taking it upon itself to LABEL Hue-Man Beings, whom

have God-Given Rights to a nationality, as their Property plainly demonstrates STAT. OK §

63-1-311 ENFORCES a CRIME AGAINST HUMANITY called DENATIONALIZATION!

STATUE OK § 63-1-311 is used for IDENTIFICATION purposes which authorized

the State to arbitrarily issue State Sealed Certificates of Live Birth to IDENTIFY those

Effected Negro, BLACK, African-American, and Colored. This is DENATIONALIZATION

due to the TRUTH that these names Negro, BLACK, African-American, and colored are not

Nationality's. These names were given to slaves by slaveholders in 1779 and lasted until 1865

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL COMPENSATION/ AFFIDAVIT OF TRUTH - 3

during the time of Slavery. Black according to Science means Death, thus rendering Negro, BLACK, African-American, and Colored Folk in a Stateless Status buried in a Shallow Grave of Denationalization!

So, if the Institution of Slavery was DECLARED out in 1865 is it not TRUE that the State still owns Slaves by labeling their PROPERTY i.e. Negro, BLACK; African-American; and/or COLORED FOLKS?

## **RELIEF FROM COURTS**

We, The Moorish Americans are The Descendant of those Moorish Nationals whom were extracted from the Northwest & Southwest Coast of Africa, otherwise known to the European Colonial United States of America Inc. and the State Of Oklahoma as Negroes, BLACK, African-American, and Colored Folks whom was enslaved! For the Atrocities of the Crime of Denationalization committed by the State Of Oklahoma, We the Moorish Americans Demand COMPENSATION in Land, Equipment, and Lawful Currency of $33,000,000 "for every year" each and every one of us have been Denationalized through the State Issued Certified Birth Certificate which Proves Denationalization:

"Qawi" Antone Dwon Bates-Bey                  $1.122 Billion (USD) Dollars

Janetta Sadler-Bey                                   1.683 Billion (USD) Dollars

Rasheena Renience Gaines-El                      1.056 Billion (USD) Dollars

Saquida Thomas-Bey                                 1.056 Billion (USD) Dollars

Quincy Jamil Covington-El                           1.056 Billion (USD) Dollars

Dwoodson Frederick Fuller-El                      1.122 Billion (USD) Dollars

Dale Thomas-Bey                                     1.023 Billion (USD) Dollars

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL COMPENSATION/ AFFIDAVIT OF TRUTH - 4

Darius Tyrell Sadler-El                                  9.57 Million (USD) Dollars

Tina Sadler-Bey                                          1.670 Billion (USD) Dollars

Tasha Thomas-Bey                                         1.089 Billion (USD) Dollars

John Thomas-El                                           1.122 Billion (USD) Dollars

Edbrionne Bates-Bey                                      9.57 Million (USD) Dollars

Brandon Thomas-El                                        990 Million (USD) Dollars

Richard Chika Mbaneme-Bey                                1.023 Billion (USD) Dollars

Perry Bolden-Bey                                         1.683 Billion (USD) Dollars

Zarodia Thomas-Bey                                       594 Million (USD) Dollars

Angila Jefferies-El                                      1.670 Billion (USD) Dollars

Shawn Thomas-Bey                                         1.670 Billion (USD) Dollars

"Zawi" A. D. BB-Bny

Moorish American National
"Qawi" Antone D. Bates-Bey
In Propia Persona, Sui Juris
Lead Plaintiff
1416 S. Indiana Ave
OKLAHOMA CITY, OK 73138
(405)445-2950
Antonebates321@gmail.com

**THE STATE OF OKLAHOMA (DEFENDANT)**
c/o GOVERNOR Kevin Stitt
2300 N. LINCOLN BLVD. # 212
OKLAHOMA CITY 73105
Ph. (405) 521-2342
Fax. (405) 521-3353

**OKLAHOMA REGISTRAR OF VITAL STATISTICS (DEFENDANT)**
P.O. BOX 53551
OKLAHOMA CITY, OK 73152
PH. (405) 271-4040

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL
COMPENSATION/ AFFIDAVIT OF TRUTH - 5

1

2    **OKLAHOMA ATTORNEY GENERAL (DEFENDANT)**
     c/o Mike Hunter
3    313 N.E. 21st
     Oklahoma City, OK 73105
4    Ph. (405) 713-1600

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CLASS ACTION COMPLAINT FOR DENATIONALIZATION AND DEMAND FOR FINANCIAL
COMPENSATION/ AFFIDAVIT OF TRUTH - 6